FILED

03/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0375

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0375

_____

ESTATE OF GREG PHILLIPS; GREG PHILLIPS
INDIVIDUALLY; CAROL PHILLIPS,
INDIVIDUALLY, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
GREG PHILLIPS,

     Plaintiff and Appellant,

   v.

ANNA ROBBINS, MD; LOGAN HEALTH,
F/K/A KALISPELL REGIONAL HEALTHCARE;
JOHN DOES 1-10; AND DOE BUSINESS
ENTITIES X,Y, AND Z,

     Defendant and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2024